**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/20/2021

IN RE:

ALAN M. TROYAN
101 HILLCREST ROAD
RENFREW, PA 16053
XXX-XX-6773          Debtor(s)

Case No.21-20056 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/20/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim | Court Claim | INT % | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 1 | | 0.00% | NOTICE ONLY | 5817 | 0.00 | PAYPAL/PRAE |
| **AFFINITY FCU**<br>C/O PETER J LISKA LLC<br>766 SHREWSBURY AVE<br>TINTON FALLS, NJ 07724 | 2 | 9 | 0.00% | VEHICLE | 4466 | 0.00 | OUTSIDE/PL*W/39*CL=11500 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | 3 | 20 | 0.00% | MORTGAGE REGULAR PAYMEN | 3093 | 0.00 | OUTSIDE/PL*CL=212340.41 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 4 | 3 | 0.00% | UNSECURED CREDITOR | 6773 | 2,180.58 | X0006~BONY US/SCH*FR PHEAA-DOC 32 |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br>EL PASO, TX 79998 | 5 | | 0.00% | UNSECURED CREDITOR | 8293 | 0.00 | |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br>EL PASO, TX 79998 | 6 | | 0.00% | UNSECURED CREDITOR | 3933 | 0.00 | |
| **BANK OF AMERICA****<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | 7 | | 0.00% | UNSECURED CREDITOR | 6882 | 0.00 | NT ADR/SCH |
| **CABELAS**<br>POB 82575<br>LINCOLN, NE 68501-2575 | 8 | | 0.00% | UNSECURED CREDITOR | | 0.00 | |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | 9 | 24 | 0.00% | UNSECURED CREDITOR | 9559 | 3,827.65 | X8446/SCH*CAP ONE/UNION PLUS |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 10 | 21 | 0.00% | UNSECURED CREDITOR | 3527 | 4,537.53 | CAP ONE |

Case 21-20056-JAD    Doc 39    Filed 08/20/21    Entered 08/20/21 14:14:33    Desc
CLAIM RECORDS
Page 4 of 7

| Creditor | Claim Info | Description |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  11,035.75<br>COMMENT:  CHASE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9455 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  1,443.31<br>COMMENT:  CHASE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7227 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  3,841.16<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9375 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  3,696.25<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2475 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  2,477.73<br>COMMENT:  THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2510 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  3,033.04<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5126 |
| **LOGIX FCU**<br>2340 HOLLYWOOD WY<br>PO BOX 6759<br><br>BURBANK, CA  91510 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  994.39<br>COMMENT:  STMT THRU 12/31/20 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **NAVIENT SOLUTIONS LLC O/B/O ASCENDIUM E**<br>C/O ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 809142<br><br>CHICAGO, IL  60680 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  13,857.29<br>COMMENT:  X1104/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6773 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0714 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0714 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0317 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 10,809.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4087 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 5,857.60<br>COMMENT: PAYPAL/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3654 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,026.34<br>COMMENT: SYNCHRONY/VALUE CITY FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2747 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 3,555.98<br>COMMENT: GAP/SCH*PAYPAL/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5817 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 21,308.22<br>COMMENT: LOWE'S/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4014 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 10,161.67<br>COMMENT: SAM'S CLUB/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7179 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 674.18<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6987 |
| **UPSTART**<br>885 TEANECK RD<br>TEANECK, NJ 07666 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7195 |

Page 6 of 7

| Creditor | Claim Info | Description |
|---|---|---|
| **UPSTART**<br>885 TEANECK RD<br><br>TEANECK, NJ 07666 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2827 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br><br>ST LOUIS, MO 63197-0321 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 163,756.08<br>COMMENT: X7581/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6773 |
| **UTILITY SELF REPORTED**<br>PO BOX 4500<br><br>ALLEN, TX 75013 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ECEB |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 210.82<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5417 |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 175.58<br>COMMENT: X4239~WFB/SCH*CAP ONE/CABELA'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9343 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~EMILY TROYAN/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S JAMES WALLACE ESQ****<br>GRB LAW<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AFFINITY FCU**<br>C/O PETER J LISKA LLC<br>766 SHREWSBURY AVE<br>TINTON FALLS, NJ 07724 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: NO GEN UNS/SCH*CL=3289.31*OUT/PL@2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4466 |
| **BASS & ASSOCIATES PC***<br>3936 E FT LOWELL STE 200<br><br>TUCSON, AZ 85712 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAVALRY SPV/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:18 | ACCOUNT NO.: 2269 |
| PO BOX 41031 | | |
| | CLAIM: 699.89 | |
| NORFOLK, VA  23541 | COMMENT: NT/SCH*LOWE'S/GEMB/GECRB | |