IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Alan M. Troyan | : | Case No. 21-20056-JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Doc #40 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Affinity Federal Credit Union | : | |
| | : | Hearing Date: 11/10/21 |
| Respondent(s) | : | at 10:00 a.m. |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR CLARIFICATION AS TO AFFINITY FEDERAL CREDIT UNION CLAIM 9

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on October 6, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than October 26, 2021.

10/27/2021

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com