IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA **DEFAULT O/E JAD**

In re:
Alan M. Troyan                                  :    Case No. 21-20056-JAD
                                                :    Chapter 13
        Debtor(s)              :
Ronda J. Winnecour, Trustee                     :
                                                :    Related to Claim #9
        Movant(s)              :
                                                :
                                                :    Doc. # 40
vs.                                             :
Affinity Federal Credit Union                   :
                                                :    Hearing Date
        Respondent(s)          :

## ORDER

AND NOW, this __4th__ day of __November__, 2021, after consideration it is ORDERED that in accordance with the terms of the confirmed Plan, Claim 9 filed by Affinity Federal Credit Union will be paid directly by the non-filing co-debtor and no portion of the claim is to be paid by the Chapter 13 Trustee.

BY THE COURT:

_____ jsf
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20056-JAD
Alan M. Troyan     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 2
Date Rcvd: Nov 04, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan M. Troyan, 101 Hillcrest Road, Renfrew, PA 16053-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lauren M. Lamb | on behalf of Debtor Alan M. Troyan julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2    User: lfin    Page 2 of 2
Date Rcvd: Nov 04, 2021    Form ID: pdf900    Total Noticed: 1
TOTAL: 5