IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Alan M. Troyan, | ) | Case No. 21-20056 JAD |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith: Debtor is amending his schedules I and J to update his monthly income and expenses.

\_\_\_\_\_    Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)

\_\_\_\_\_    Summary of Schedules

\_\_\_\_\_    Schedule A - Real Property

\_\_\_\_\_    Schedule B - Personal Property

\_\_\_\_\_    Schedule C - Property Claimed as Exempt

\_\_\_\_\_    Schedule D - Creditors holding Secured Claims Check one:

    \_\_\_\_\_    Creditor(s) added

    \_\_\_\_\_    NO creditor(s) added

    \_\_\_\_\_    Creditor(s) deleted

\_\_\_\_\_    Schedule E - Creditors Holding Unsecured Priority Claims Check one:

    \_\_\_\_\_    Creditor(s) added

    \_\_\_\_\_    NO creditor(s) added

    \_\_\_\_\_    Creditor(s) deleted

_____    Schedule F - Creditors Holding Unsecured Nonpriority Claims Check one:

      _____    Creditor(s) added

      _____    NO creditor(s) added

      _____    Creditor(s) deleted

_____    Schedule G - Executory Contracts and Unexpired Leases Check one:

      _____    Creditor(s) added

      _____    NO creditor(s) added

      _____    Creditor(s) deleted

_____    Schedule H - Codebtors

  X      Schedule I - Current Income of Individual Debtor(s)

  X      Schedule J - Current Expenditures of Individual Debtor(s)

_____    Statement of Financial Affairs

_____    Chapter 7 Individual Debtor's Statement of Intention

_____    Chapter 11 List of Equity Security Holders

_____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

_____    Disclosure of Compensation of Attorney for Debtor

_____    Other

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date: <u>February 24, 2022</u>   /s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201

Fill in this information to identify your case:

Debtor 1: **Alan M. Troyan**

Debtor 2: (Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (If known): **21-20056**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  _____
  MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Database Admin | Logistics |
| Employer's name | United Food & Commercial Workers | Knichel Logistics |
| Employer's address | International Union, CLC<br>1775 K Street, N.W.<br>Washington, DC 20006 | 5347 William Flynn Highway<br>Gibsonia, PA 15044 |
| How long employed there? | 13 years | 6 years |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **5,704.62** | $ **3,760.34** |
| 3. | **Estimate and list monthly overtime pay.** | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ **5,704.62** | $ **3,760.34** |

Official Form 106I                              Schedule I: Your Income                              page 1

Debtor 1  **Alan M. Troyan**  Case number (*if known*) **21-20056**

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---:|---:|
|  | **Copy line 4 here** 4. | $ 5,704.62 | $ 3,760.34 |
| 5. | **List all payroll deductions:** |  |  |
| 5a. | **Tax, Medicare, and Social Security deductions** 5a. | $ 1,233.72 | $ 487.56 |
| 5b. | **Mandatory contributions for retirement plans** 5b. | $ 228.18 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** 5c. | $ 57.04 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** 5d. | $ 191.22 | $ 0.00 |
| 5e. | **Insurance** 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** 5g. | $ 76.44 | $ 0.00 |
| 5h. | **Other deductions.** Specify: FSA   5h.+ | $ 0.00 + | $ 24.99 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. 6. | $ 1,786.60 | $ 512.55 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $ 3,918.02 | $ 3,247.79 |
| 8. | **List all other income regularly received:** |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____ 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | $ 3,918.02 + $ 3,247.79 = | $ 7,165.81 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ **7,165.81**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1: **Alan M. Troyan**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (If known): **21-20056**

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☒ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent.............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 2 | ☐ No ☒ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. — 4. $ **0.00**

   **If not included in line 4:**

   4a. Real estate taxes — 4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance — 4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses — 4c. $ **200.00**
   4d. Homeowner's association or condominium dues — 4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. $ **0.00**

| Debtor 1 | Alan M. Troyan | Case number (if known) | 21-20056 |
|---|---|---|---|

6. **Utilities:**
- 6a. Electricity, heat, natural gas — 6a. $ 200.00
- 6b. Water, sewer, garbage collection — 6b. $ 70.00
- 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 530.00
- 6d. Other. Specify: — 6d. $ 0.00

7. **Food and housekeeping supplies** — 7. $ 800.00
8. **Childcare and children's education costs** — 8. $ 1,260.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 150.00
10. **Personal care products and services** — 10. $ 200.00
11. **Medical and dental expenses** — 11. $ 215.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 100.00
14. **Charitable contributions and religious donations** — 14. $ 40.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
- 15a. Life insurance — 15a. $ 285.00
- 15b. Health insurance — 15b. $ 0.00
- 15c. Vehicle insurance — 15c. $ 258.00
- 15d. Other insurance. Specify: — 15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00

17. **Installment or lease payments:**
- 17a. Car payments for Vehicle 1 — 17a. $ 0.00
- 17b. Car payments for Vehicle 2 — 17b. $ 0.00
- 17c. Other. Specify: — 17c. $ 0.00
- 17d. Other. Specify: — 17d. $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 0.00

19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
- 20a. Mortgages on other property — 20a. $ 0.00
- 20b. Real estate taxes — 20b. $ 0.00
- 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
- 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
- 20e. Homeowner's association or condominium dues — 20e. $ 0.00

21. **Other:** Specify: Pet care — 21. +$ 150.00
    Tobacco — +$ 20.00
    Wife's bankruptcy payment — +$ 2,260.00
    Gym membership — +$ 65.00

22. **Calculate your monthly expenses**
- 22a. Add lines 4 through 21. — $ 7,053.00
- 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
- 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 7,053.00

23. **Calculate your monthly net income.**
- 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 7,165.81
- 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 7,053.00
- 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 112.81

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: