IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alan M. Troyan ) | Case No. 21-20056 JAD |
| ) | Chapter 13 |
| Debtor ) | Docket No. |
| ) | |
| ) | |
| Alan M. Troyan ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| AES, Affinity Federal Credit Union, ) | |
| American Airlines, American Express, ) | |
| Bank of America, Cabelas, Capital One, ) | |
| Cavalry, Chase Bank, Citibank, Discover ) | |
| Bank, ECMC, LVNV Funding, Logix FCU, ) | |
| Navient, PHEAA, PNC Bank, PRA ) | |
| Receivables, PA Dept. of Revenue, Peoples ) | |
| Gas, Synchrony Bank, TD Bank, Target, ) | |
| USDOE, Utility Self-reported, Value City, ) | |
| West Penn Power, World's Foremost Bank, ) | |
| And Ronda J. Winnecour, Trustee ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 25, 2022, a true and correct copy of the *Amended Chapter 13 Plan dated February 24, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: February 25, 2022        /s/ Lauren M. Lamb
                                          Lauren M. Lamb, Esquire
                                          Attorney for the Debtor

                                          STEIDL & STEINBERG
                                          Suite 2830, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          llamb@steidl-steinberg.com
                                          PA I.D. No. 209201

```
Label Matrix for local noticing        /s/Allison J. Kiffin, Esq              Aes/ Bony Us
0315-2                                  c/o Peter J. Liska, LLC                Attn: Bankruptcy
Case 21-20056-JAD                       766 Shrewsbury Avenue                  Po Box 2461
WESTERN DISTRICT OF PENNSYLVANIA        Tinton Falls, NJ 07724-3001            Harrisburg, PA 17105-2461
Pittsburgh
Fri Feb 25 08:54:11 EST 2022

Aes/ Bony Us                            Affinity Federal Credit Union          Affinity Federal Credit Union
Pob 61047                               73 Mountain View Blvd                  Attn: Bankruptcy
Harrisburg, PA 17106-1047               Basking Ridge, NJ 07920-2332           73 Mountainview Boulevard
                                                                               Basking Ridge, NJ 07920-2332

Affinity Federal Credit Union           American Airlines                      Amex
c/o Peter J. Liska, LLC                 Card Services                          Correspondence/Bankruptcy
766 Shrewsbury Avenue                   PO Box 13337                           Po Box 981540
Tinton Falls, NJ 07724-3001             Philadelphia, PA 19101-3337            El Paso, TX 79998-1540

Amex                                    (p)BANK OF AMERICA                     Cabelas
P.o. Box 981537                         PO BOX 982238                          PO Box 82519
El Paso, TX 79998-1537                  EL PASO TX 79998-2238                  Lincoln, NE 68501-2519

Capital One                             Capital One                            Capital One
Attn: Bankruptcy                        AttnL: Bankruptcy                      Po Box 31293
Po Box 30285                            Po Box 30285                           Salt Lake City, UT 84131-0293
Salt Lake City, UT 84130-0285           Salt Lake City, UT 84130-0285

Cavalry SPV I, LLC                      Cavalry SPV I, LLC                     (p)JPMORGAN CHASE BANK  N A
Bass & Associates, P.C.                 c/o Bass & Associates, P.C.            BANKRUPTCY MAIL INTAKE TEAM
3936 E. Ft. Lowell Rd, Suite #200       3936 E. Ft. Lowell Rd., Suite 200      700 KANSAS LANE FLOOR 01
Tucson, AZ 85712-1083                   Tucson, AZ 85712-1083                  MONROE LA 71203-4774

Citibank                                Citibank                               Citibank, N.A.
Citicorp Credit Srvs/Centralized Bk dept Po Box 6217                           5800 S Corporate Pl
Po Box 790034                           Sioux Falls, SD 57117-6217             Sioux Falls, SD  57108-5027
St Louis, MO 63179-0034

Citibank/The Home Depot                 Citibank/The Home Depot                Discover Bank
Citicorp Credit Srvs/Centralized Bk dept Po Box 6497                           Discover Products Inc
Po Box 790034                           Sioux Falls, SD 57117-6497             PO Box 3025
St Louis, MO 63179-0034                                                        New Albany, OH  43054-3025

Discover Financial                      (p)DISCOVER FINANCIAL SERVICES LLC     ECMC
Attn: Bankruptcy                        PO BOX 3025                            ECMC
Po Box 3025                             NEW ALBANY OH 43054-3025               P.O. BOX 16408
New Albany, OH 43054-3025                                                      ST. PAUL, MN 55116-0408

ECMC                                    JPMorgan Chase Bank, N.A.              LVNV Funding, LLC
PO BOX 16408                            s/b/m/t Chase Bank USA, N.A.           Resurgent Capital Services
ST. PAUL, MN 55116-0408                 c/o Robertson, Anschutz & Schneid, P.L. PO Box 10587
                                        6409 Congress Avenue, Suite 100        Greenville, SC 29603-0587
                                        Boca Raton, FL 33487-2853
```

```
Lauren M. Lamb                          Logix Federal Credit Union              Logix Federal Credit Union
Steidl & Steinberg                      Attn: Bankruptcy                        Po Box 6759
707 Grant Street                        Po Box 6759                             Burbank, CA 91510-6759
28th Floor - Gulf Tower                 Burbank, CA 91510-6759
Pittsburgh, PA 15219-1908


Maria Miksich                           Navient                                 Navient
KML Law Group, P.C.                     Attn: Bankruptcy                        Po Box 9500
701 Market Street                       Po Box 9640                             Wilkes Barre, PA 18773-9500
Suite 5000                              Wilkes Barre, PA 18773-9640
Philadelphia, PA 19106-1541


Navient Solutions, LLC on behalf of     Office of the United States Trustee     PHEAA
Ascendium Education Solutions, Inc.     Liberty Center.                         PO Box 8147
PO Box 8961                             1001 Liberty Avenue, Suite 970          Harrisburg, PA 17105-8147
Madison, WI 53708-8961                  Pittsburgh, PA 15222-3721


(p)PNC BANK RETAIL LENDING              PRA Receivables Management, LLC         Pennsylvania Department of Revenue
P O BOX 94982                           PO Box 41021                            Bankruptcy Division
CLEVELAND OH 44101-4982                 Norfolk, VA 23541-1021                  P.O. Box 280946
                                                                                Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue           PennyMac Loan Services, LLC             PennyMac Loan Services, LLC
Department 280946                       Attn: Correspondence Unit               Po Box 514387
P.O. Box 280946                         Po Box 514387                           Los Angeles, CA 90051-4387
ATTN: BANKRUPTCY DIVISION               Los Angeles, CA 90051-4387
Harrisburg, PA 17128-0946


PennyMac Loan Services, LLC.            Peoples Gas                             Peoples Gas Company LLC f/k/a Peoples TWP
P.O. Box 2410                           375 North Shore Drive                   GRB Law
Moorpark, CA 93020-2410                 Pittsburgh, PA 15212-5871               Frick Building
                                                                                437 Grant Street, 14th Floor
                                                                                Pittsburgh, PA 15219-6101


Syncb/PPC                               Syncb/PPC                               Synchrony Bank
Attn: Bankruptcy                        Po Box 965005                           Attn:  Bankruptcy Dept
Po Box 965060                           Orlando, FL 32896-5005                  Po Box 965060
Orlando, FL 32896-5060                                                          Orlando, FL 32896-5060


Synchrony Bank                          Synchrony Bank                          Synchrony Bank
C/o Po Box 965036                       c/o PRA Receivables Management, LLC     c/o of PRA Receivables Management, LLC
Orlando, FL 32896-0001                  PO Box 41021                            PO Box 41021
                                        Norfolk VA 23541-1021                   Norfolk, VA 23541-1021


Synchrony Bank/Gap                      Synchrony Bank/Gap                      Synchrony Bank/Lowes
Attn:  Bankruptcy Dept                  Po Box 965005                           Attn:  Bankruptcy
Po Box 965060                           Orlando, FL 32896-5005                  Po Box 965060
Orlando, FL 32896-5060                                                          Orlando, FL 32896-5060


Synchrony Bank/Lowes                    Synchrony Bank/Sams Club                Synchrony Bank/Sams Club
Po Box 956005                           Attn:  Bankruptcy Dept                  Po Box 965005
Orlando, FL 32896-0001                  Po Box 965060                           Orlando, FL 32896-5005
                                        Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 |
| Alan M. Troyan<br>101 Hillcrest Road<br>Renfrew, PA 16053-1209 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | USDOE/GLELSI<br>2401 International Lane<br>Madison, WI 53704-3121 |
| USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Upstart<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 | Upstart<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 |
| Utility Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | Value City<br>P.O. Box 17298<br>Baltimore, MD 21297-1298 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| West Penn Power<br>1310 Fairmont Avenue<br>Fairmont, WV 26554-3526 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| World's Foremost Bank<br>4800 Nw 1st Street<br>Suite 300<br>Lincoln, NE 68521-4463 | World's Foremost Bank<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 |
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | PNC Bank<br>Attn: Bankruptcy<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | (d)PNC Bank<br>Po Box 3180<br>Pittsburgh, PA 15230 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Bank of America                (u)PENNYMAC LOAN SERVICES, LLC      End of Label Matrix
Po Box 982238                                                         Mailable recipients    76
El Paso, TX 79998-2238                                                Bypassed recipients     2
                                                                      Total                  78
```