**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ALAN M. TROYAN | Case No.:21-20056 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/11/2021 and confirmed on 2/9/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,641.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,641.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 1,082.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,482.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3093 | | | | |
|   AFFINITY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4466 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAN M. TROYAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 4,400.00 | 4,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   ECMC(\*) | 2,180.58 | 139.00 | 0.00 | 139.00 |
|     Acct: 6773 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8293 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3933 | | | | |
|   BANK OF AMERICA\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6882 | | | | |
|   CABELAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE\*\* | 3,827.65 | 244.00 | 0.00 | 244.00 |
|     Acct: 9559 | | | | |
|   LVNV FUNDING LLC | 4,537.53 | 289.25 | 0.00 | 289.25 |
|     Acct: 3527 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 11,035.75 | 703.49 | 0.00 | 703.49 |
|     Acct: 9455 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,443.31 | 92.00 | 0.00 | 92.00 |
|     Acct: 7227 | | | | |
|   CITIBANK NA | 3,841.16 | 244.86 | 0.00 | 244.86 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9375 | | | | |
| | LVNV FUNDING LLC | 3,696.25 | 235.63 | 0.00 | 235.63 |
| | Acct: 2475 | | | | |
| | CITIBANK NA | 2,477.73 | 157.95 | 0.00 | 157.95 |
| | Acct: 2510 | | | | |
| | DISCOVER BANK(*) | 3,033.04 | 193.35 | 0.00 | 193.35 |
| | Acct: 5126 | | | | |
| | LOGIX FEDERAL CREDIT UNION | 994.39 | 63.39 | 0.00 | 63.39 |
| | Acct: 0002 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O ASCEND | 13,857.29 | 883.35 | 0.00 | 883.35 |
| | Acct: 6773 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0714 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0714 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0317 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK NA | 10,809.57 | 689.07 | 0.00 | 689.07 |
| | Acct: 4087 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 5,857.60 | 373.40 | 0.00 | 373.40 |
| | Acct: 3654 | | | | |
| | LVNV FUNDING LLC | 1,026.34 | 65.43 | 0.00 | 65.43 |
| | Acct: 2747 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 3,555.98 | 226.68 | 0.00 | 226.68 |
| | Acct: 5817 | | | | |
| | LVNV FUNDING LLC | 21,308.22 | 1,358.32 | 0.00 | 1,358.32 |
| | Acct: 4014 | | | | |
| | LVNV FUNDING LLC | 10,161.67 | 647.77 | 0.00 | 647.77 |
| | Acct: 7179 | | | | |
| | TD BANK USA NA** | 674.18 | 42.98 | 0.00 | 42.98 |
| | Acct: 6987 | | | | |
| | UPSTART | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7195 | | | | |
| | UPSTART | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2827 | | | | |
| | US DEPARTMENT OF EDUCATION | 163,756.08 | 10,438.87 | 0.00 | 10,438.87 |
| | Acct: 6773 | | | | |
| | UTILITY SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ECEB | | | | |
| | WEST PENN POWER* | 210.82 | 13.44 | 0.00 | 13.44 |
| | Acct: 5417 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE** | 175.58 | 11.19 | 0.00 | 11.19 |
| | Acct: 9343 | | | | |
| | AFFINITY FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4466 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 699.89 | 44.62 | 0.00 | 44.62 |
| | Acct: 2269 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5817 | | | | |
| | CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

21-20056 JAD                                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 17,158.04 |
| TOTAL PAID TO CREDITORS | | | | | 17,158.04 |

TOTAL CLAIMED
  PRIORITY          0.00
  SECURED           0.00
  UNSECURED    269,160.61

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ALAN M. TROYAN<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>      vs.<br>No Repondents. | Case No.:21-20056 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-20056-JAD
Alan M. Troyan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Jan 29, 2026      Form ID: pdf900      Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan M. Troyan, 101 Hillcrest Road, Renfrew, PA 16053-1209 |
| 15340738 | + | /s/Allison J. Kiffin, Esq., c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 15340739 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 15328731 | | American Airlines, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Jan 30 2026 00:18:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 30 2026 00:19:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:31:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2026 00:18:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328728 | + | Email/Text: bncnotifications@pheaa.org | Jan 30 2026 00:18:00 | Aes/ Bony Us, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15328727 | + | Email/Text: bncnotifications@pheaa.org | Jan 30 2026 00:18:00 | Aes/ Bony Us, Pob 61047, Harrisburg, PA 17106-1047 |
| 15328730 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 30 2026 00:19:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 15328729 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 30 2026 00:19:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 15328734 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2026 00:30:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15328732 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2026 00:30:40 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15328737 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 30 2026 00:18:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15328736 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 30 2026 00:18:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15328738 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:30:39 | Cabelas, PO Box 82519, Lincoln, NE 68501-2519 |

Case 21-20056-JAD   Doc 71   Filed 01/31/26   Entered 02/01/26 00:29:27   Desc Imaged
                         Certificate of Notice   Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 75 |

| ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 15328741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:31:03 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15328742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:31:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15328739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:30:39 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15353038 | + | Email/Text: bnc@bass-associates.com | Jan 30 2026 00:18:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15328743 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2026 00:30:38 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15328745 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2026 00:31:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15328747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:30:55 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:30:55 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15344962 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:30:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15328751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:42:29 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15328752 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:30:43 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15328753 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:18:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15330068 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15328754 | + | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15393977 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 30 2026 00:19:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15336981 | + | Email/Text: RASEBN@raslg.com | Jan 30 2026 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15604087 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15342714 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:30:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328756 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Jan 30 2026 00:19:00 | Logix Federal Credit Union, Attn: Bankruptcy, Po Box 6759, Burbank, CA 91510-6759 |
| 15328755 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Jan 30 2026 00:19:00 | Logix Federal Credit Union, Po Box 6759, Burbank, CA 91510-6759 |
| 15328761 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 30 2026 00:30:41 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328757 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 30 2026 00:31:05 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15333767 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 30 2026 00:18:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15332822 | + | Email/Text: bncnotifications@pheaa.org | Jan 30 2026 00:18:00 | PHEAA, PO Box 8147, Harrisburg, PA |

Case 21-20056-JAD    Doc 71    Filed 01/31/26    Entered 02/01/26 00:29:27    Desc Imaged
Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 75 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15328769 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 00:18:00 | 17105-8147<br>PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15328768 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 00:18:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15548645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:31:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15328766 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2026 00:30:55 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15328765 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2026 00:30:55 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15350431 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2026 00:30:55 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15328767 | + | Email/Text: ebnpeoples@grblaw.com | Jan 30 2026 00:19:00 | Peoples Gas, 375 North Shore Drive, Pittsburgh, PA 15212-5871 |
| 15328770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:42:03 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15328771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:43 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15328772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:55 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15344733 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2026 00:30:43 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:38 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15329098 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:30:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15328774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:30:38 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15328775 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:42:30 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15328777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:31:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15328776 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:42:03 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15328778 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:31:07 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15328779 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:31:02 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15333049 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15328780 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15328781 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:19:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15331262 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2026 00:19:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15328787 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2026 00:19:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, |

Case 21-20056-JAD    Doc 71    Filed 01/31/26    Entered 02/01/26 00:29:27    Desc Imaged
Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 75 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Madison, WI 53707-7860 |
| 15328786 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2026 00:19:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15328782 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 30 2026 00:19:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15328784 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 30 2026 00:19:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15328788 | ^ | MEBN | Jan 30 2026 00:15:37 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15328789 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 30 2026 00:18:00 | Value City, P.O. Box 17298, Baltimore, MD 21297-1298 |
| 15341558 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 30 2026 00:19:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15328790 | | Email/Text: bankruptcy@firstenergycorp.com | Jan 30 2026 00:19:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 15328792 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:30:51 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 15328791 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:30:51 | World's Foremost Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 71

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328735 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15328733 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15328740 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15328744 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15328746 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15328748 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328750 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15337412 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15604089 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15328762 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328763 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328764 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328758 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328759 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328760 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328783 | *+ | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15328785 | *+ | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Alan M. Troyan julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Emily M. Troyan julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10