**Information to identify the case:**

Debtor 1   Alan M. Troyan

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–6773

EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–20056–JAD

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alan M. Troyan

3/25/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 21-20056-JAD

Alan M. Troyan                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: 3180W | Total Noticed: 77 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan M. Troyan, 101 Hillcrest Road, Renfrew, PA 16053-1209 |
| 15340738 | + | /s/Allison J. Kiffin, Esq., c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 15340739 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 15328731 | | American Airlines, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 26 2026 05:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 26 2026 05:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: BASSASSOC.COM | Mar 26 2026 05:43:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 26 2026 02:07:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Mar 26 2026 05:49:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Mar 26 2026 05:49:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 26 2026 02:06:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328728 | + | Email/Text: bncnotifications@pheaa.org | Mar 26 2026 02:06:00 | Aes/ Bony Us, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15328727 | + | Email/Text: bncnotifications@pheaa.org | Mar 26 2026 02:06:00 | Aes/ Bony Us, Pob 61047, Harrisburg, PA 17106-1047 |
| 15328730 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 26 2026 02:06:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 15328729 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 26 2026 02:06:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 15328734 | + | Email/PDF: bncnotices@becket-lee.com | Mar 26 2026 02:12:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15328732 | + | Email/PDF: bncnotices@becket-lee.com | Mar 26 2026 02:12:50 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

| 15328737 | EDI: BANKAMER | Mar 26 2026 05:43:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
|---|---|---|---|
| 15328736 | + EDI: BANKAMER | Mar 26 2026 05:43:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15328738 | + EDI: CAPITALONE.COM | Mar 26 2026 05:43:00 | Cabelas, PO Box 82519, Lincoln, NE 68501-2519 |
| 15328741 | + EDI: CAPITALONE.COM | Mar 26 2026 05:43:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15328742 | + EDI: CAPITALONE.COM | Mar 26 2026 05:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15328739 | + EDI: CAPITALONE.COM | Mar 26 2026 05:43:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15353038 | + EDI: BASSASSOC.COM | Mar 26 2026 05:43:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15328743 | + EDI: JPMORGANCHASE | Mar 26 2026 05:43:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15328745 | + EDI: JPMORGANCHASE | Mar 26 2026 05:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15328747 | + EDI: CITICORP | Mar 26 2026 05:43:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328749 | + EDI: CITICORP | Mar 26 2026 05:43:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15344962 | EDI: CITICORP | Mar 26 2026 05:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15328751 | + EDI: CITICORP | Mar 26 2026 05:43:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15328752 | + EDI: CITICORP | Mar 26 2026 05:43:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15328753 | EDI: DISCOVER | Mar 26 2026 05:43:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15330068 | EDI: DISCOVER | Mar 26 2026 05:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15328754 | + EDI: DISCOVER | Mar 26 2026 05:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15393977 | Email/Text: ECMCBKNotices@ecmc.org | Mar 26 2026 02:07:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15336981 | + Email/Text: RASEBN@raslg.com | Mar 26 2026 02:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15604087 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 02:12:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15342714 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 02:12:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328756 | + Email/Text: bankruptcyonlinefilings@logixbanking.com | Mar 26 2026 02:07:00 | Logix Federal Credit Union, Attn: Bankruptcy, Po Box 6759, Burbank, CA 91510-6759 |
| 15328755 | + Email/Text: bankruptcyonlinefilings@logixbanking.com | Mar 26 2026 02:07:00 | Logix Federal Credit Union, Po Box 6759, Burbank, CA 91510-6759 |
| 15328761 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 26 2026 02:12:51 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |

| 15328757 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 26 2026 02:12:51 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
|---|---|---|---|
| 15333767 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 26 2026 02:06:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15332822 | + Email/Text: bncnotifications@pheaa.org | Mar 26 2026 02:06:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15328769 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2026 02:06:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15328768 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2026 02:06:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15548645 | EDI: PRA.COM | Mar 26 2026 05:49:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15328766 | + Email/PDF: ebnotices@pnmac.com | Mar 26 2026 02:12:41 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15328765 | + Email/PDF: ebnotices@pnmac.com | Mar 26 2026 02:12:41 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15350431 | + Email/PDF: ebnotices@pnmac.com | Mar 26 2026 02:12:52 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15328767 | + Email/Text: ebnpeoples@grblaw.com | Mar 26 2026 02:07:00 | Peoples Gas, 375 North Shore Drive, Pittsburgh, PA 15212-5871 |
| 15328770 | + EDI: SYNC | Mar 26 2026 05:43:00 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15328771 | + EDI: SYNC | Mar 26 2026 05:43:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15328772 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15344733 | + EDI: AIS.COM | Mar 26 2026 05:49:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328773 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15329098 | + EDI: PRA.COM | Mar 26 2026 05:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15328774 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15328775 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15328777 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15328776 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15328778 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15328779 | + EDI: SYNC | Mar 26 2026 05:43:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15333049 | + Email/Text: bncmail@w-legal.com | Mar 26 2026 02:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15328780 | + EDI: WTRRNBANK.COM | Mar 26 2026 05:49:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |

| | | | | |
|---|---|---|---|---|
| 15328781 | + | EDI: WTRRNBANK.COM | Mar 26 2026 05:49:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15331262 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 26 2026 02:07:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15328787 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 26 2026 02:07:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15328786 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 26 2026 02:07:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15328782 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 26 2026 02:07:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15328784 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 26 2026 02:07:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15328788 | ^ | MEBN | Mar 26 2026 02:04:47 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15328789 | + | EDI: HFC.COM | Mar 26 2026 05:43:00 | Value City, P.O. Box 17298, Baltimore, MD 21297-1298 |
| 15341558 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 26 2026 02:07:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15328790 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 26 2026 02:07:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 15328792 | + | EDI: CAPITALONE.COM | Mar 26 2026 05:43:00 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 15328791 | + | EDI: CAPITALONE.COM | Mar 26 2026 05:43:00 | World's Foremost Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 73

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328735 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15328733 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15328740 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15328744 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15328746 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15328748 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328750 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15337412 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15604089 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15328762 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328763 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328764 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328758 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328759 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328760 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328783 | *+ | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15328785 | *+ | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                                                    User: auto                                                    Page 5 of 5
Date Rcvd: Mar 25, 2026                                          Form ID: 3180W                                          Total Noticed: 77

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

**Name**                           **Email Address**

Denise Carlon
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mccallaecf@ecf.courtdrive.com

Denise Carlon
                    on behalf of Creditor PENNYMAC LOAN SERVICES mccallaecf@ecf.courtdrive.com

Lauren M. Lamb
                    on behalf of Debtor Alan M. Troyan
                    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                    rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
                    on behalf of Debtor Emily M. Troyan
                    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                    rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Matthew Fissel
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Rebecca K. McDowell
                    on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
                    PNGbankruptcy@peoples-gas.com

TOTAL: 10