**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    ALAN M. TROYAN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:21-20056 JAD

Chapter 13

Document No.: 69

FILED
3/25/26 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this _____25th_____ day of _____March_____, 20_26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.



BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-20056-JAD |
|---|---|
| Alan M. Troyan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan M. Troyan, 101 Hillcrest Road, Renfrew, PA 16053-1209 |
| 15340738 | + | /s/Allison J. Kiffin, Esq., c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 15340739 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 15328731 | | American Airlines, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Mar 26 2026 02:06:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 26 2026 02:07:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2026 02:12:40 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2026 02:12:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 26 2026 02:06:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328728 | + | Email/Text: bncnotifications@pheaa.org | Mar 26 2026 02:06:00 | Aes/ Bony Us, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15328727 | + | Email/Text: bncnotifications@pheaa.org | Mar 26 2026 02:06:00 | Aes/ Bony Us, Pob 61047, Harrisburg, PA 17106-1047 |
| 15328730 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 26 2026 02:06:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 15328729 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 26 2026 02:06:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 15328734 | + | Email/PDF: bncnotices@becket-lee.com | Mar 26 2026 02:12:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15328732 | + | Email/PDF: bncnotices@becket-lee.com | Mar 26 2026 02:12:24 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15328737 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 26 2026 02:06:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15328736 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 26 2026 02:06:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15328738 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 02:12:37 | Cabelas, PO Box 82519, Lincoln, NE 68501-2519 |

| |

| |

| 15328741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 02:12:18 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15328742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 02:12:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15328739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 02:12:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15353038 | + | Email/Text: bnc@bass-associates.com | Mar 26 2026 02:06:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15328743 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2026 02:12:48 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15328745 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2026 02:12:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15328747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2026 02:24:37 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2026 02:24:37 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15344962 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2026 02:24:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15328751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2026 02:24:37 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15328752 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2026 02:24:31 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15328753 | | Email/Text: mrdiscen@discover.com | Mar 26 2026 02:06:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15330068 | | Email/Text: mrdiscen@discover.com | Mar 26 2026 02:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15328754 | + | Email/Text: mrdiscen@discover.com | Mar 26 2026 02:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15393977 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 26 2026 02:07:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15336981 | + | Email/Text: RASEBN@raslg.com | Mar 26 2026 02:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15604087 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 02:12:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15342714 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 02:12:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328756 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Mar 26 2026 02:07:00 | Logix Federal Credit Union, Attn: Bankruptcy, Po Box 6759, Burbank, CA 91510-6759 |
| 15328755 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Mar 26 2026 02:07:00 | Logix Federal Credit Union, Po Box 6759, Burbank, CA 91510-6759 |
| 15328761 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 26 2026 02:12:40 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328757 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 26 2026 02:12:51 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15333767 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 26 2026 02:06:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15332822 | + | Email/Text: bncnotifications@pheaa.org | Mar 26 2026 02:06:00 | PHEAA, PO Box 8147, Harrisburg, PA |

Case 21-20056-JAD    Doc 79    Filed 03/27/26    Entered 03/28/26 00:33:26    Desc Imaged
Certificate of Notice    Page 4 of 6
District/off: 0315-2                                    User: auto                                    Page 3 of 5
Date Rcvd: Mar 25, 2026                                Form ID: pdf900                                Total Noticed: 75

17105-8147

| ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 15328769 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2026 02:06:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15328768 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2026 02:06:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15548645 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2026 02:12:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15328766 | + Email/PDF: ebnotices@pnmac.com | Mar 26 2026 02:24:43 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15328765 | + Email/PDF: ebnotices@pnmac.com | Mar 26 2026 02:24:29 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15350431 | + Email/PDF: ebnotices@pnmac.com | Mar 26 2026 02:12:52 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15328767 | + Email/Text: ebnpeoples@grblaw.com | Mar 26 2026 02:07:00 | Peoples Gas, 375 North Shore Drive, Pittsburgh, PA 15212-5871 |
| 15328770 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:46 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15328771 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:34 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15328772 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:34 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15344733 | + Email/PDF: ebn_ais@aisinfo.com | Mar 26 2026 02:12:51 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328773 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:45 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15329098 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2026 02:12:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15328774 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:08 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15328775 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:33 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15328777 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:34 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15328776 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:46 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15328778 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:34 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15328779 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2026 02:12:46 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15333049 | + Email/Text: bncmail@w-legal.com | Mar 26 2026 02:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15328780 | + Email/Text: bncmail@w-legal.com | Mar 26 2026 02:06:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15328781 | + Email/Text: bncmail@w-legal.com | Mar 26 2026 02:06:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15331262 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 26 2026 02:07:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15328787 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 26 2026 02:07:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, |

| | | | | |
|---|---|---|---|---|
| | | | | Madison, WI 53707-7860 |
| 15328786 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 26 2026 02:07:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15328782 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 26 2026 02:07:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15328784 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 26 2026 02:07:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15328788 | ^ | MEBN | Mar 26 2026 02:04:46 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15328789 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 26 2026 02:06:00 | Value City, P.O. Box 17298, Baltimore, MD 21297-1298 |
| 15341558 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 26 2026 02:07:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15328790 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 26 2026 02:07:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 15328792 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 02:12:37 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 15328791 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 02:12:18 | World's Foremost Bank, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 71

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328735 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15328733 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15328740 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15328744 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15328746 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15328748 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328750 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15337412 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15604089 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15328762 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328763 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328764 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15328758 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328759 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328760 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328783 | *+ | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15328785 | *+ | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2

User: auto

Page 5 of 5

Date Rcvd: Mar 25, 2026

Form ID: pdf900

Total Noticed: 75

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

**Name**

**Email Address**

Denise Carlon

on behalf of Creditor PENNYMAC LOAN SERVICES mccallaecf@ecf.courtdrive.com

Denise Carlon

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mccallaecf@ecf.courtdrive.com

Lauren M. Lamb

on behalf of Debtor Alan M. Troyan
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb

on behalf of Debtor Emily M. Troyan
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Matthew Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Rebecca K. McDowell

on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
PNGbankruptcy@peoples-gas.com

TOTAL: 10